# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CAMSOFT DATA SYSTEMS, INC.

VERSUS

SOUTHERN ELECTRONICS,
SUPPLY, INC. AND ACTIVE
SOLUTIONS, LLC

NO.   2026 CW 0429

**APRIL 2, 2026**

---

In Re:    MMR Constructors, Inc., MMR Group, Inc., and MMR Offshore Services, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 582741.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

    **WRIT DENIED.**

                         **MRT**
                         **KEB**
                         **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.